FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES R. BECK,<br><br>                Plaintiff,<br><br>      v.<br><br>VALICOFF FRUIT COMPANY INC.,<br>a Washington corporation,<br><br>                Defendant. | No.   1:18-CV-03041-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 8, 2018, Plaintiff filed a notice of voluntary dismissal, ECF No. 4. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41,

**IT IS HEREBY ORDERED:**

**1.** Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge